# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenna Kaskorkis, et al., on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>General Nutrition Centers, Inc., et al.,<br><br>Defendants. | Case No.: 16-cv-00990-WQH-AGS<br><br>**AMENDED SCHEDULING ORDER** |

The parties' joint request to amend the scheduling order is granted. The scheduling order is modified to:

| Event | Deadline |
|---|---|
| Class Cert Motion | July 27, 2017 |
| Plaintiffs' Class Cert Expert Disclosures | July 27, 2017 |
| Defendants' Opposition | August 28, 2017 |
| Defendants' Class Cert Expert Disclosures | August 28, 2017 |
| Plaintiffs' Reply | September 11, 2017 |

The parties are to contact chambers within three days of the ruling on class certification to schedule a future case management conference to set all future dates. As previously warned, the Court is not inclined to grant further modifications to the scheduling order absent extraordinary circumstances.

Dated: April 11, 2017

Hon. Andrew G. Schopler
United States Magistrate Judge