**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Robert Ahdoot (SBN 172098)
*rahdoot@ahdootwolfson.com*
Vanessa Shakib (SBN 287339)
*vshakib@ahdootwolfson.com*
1016 Palm Avenue
West Hollywood, California 90069
Tel: (619) 238-1333; Fax: (619) 238-5425
(310) 474-9111; Fax: (310) 474-8585

**FINKELSTEIN & KRINSK LLP**
Jeffrey R. Krinsk, Esq. (SBN 109234)
*jrk@classactionlaw.com*
Trenton R. Kashima, Esq. (SBN 291405)
*trk@classactionlaw.com*
550 West C Street, Suite 1760
San Diego, California 92101
Tel: (619) 238-1333; Fax: (619) 238-5425

*Counsel for Plaintiffs and Proposed Classes*

**DAVIS WRIGHT TREMAINE LLP**
Sean M. Sullivan (SBN 229104)
*seansullivan@dwt.com*
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel: (213) 633-6800; Fax: (213) 633 6899

**DAVIS WRIGHT TREMAINE LLP**
Zana Bugaighis (SBN 257926)
*zanabugaighis@dwt.com*
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Tel: (206) 622-3150; Fax: (206) 757-770

*Attorneys for Defendants General Centers, Inc. and GNC Holdings, Inc. (erroneously named as General Holdings, Inc.)*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA KASKORKIS and KIM CARTER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL NUTRITION CENTERS, INC., a Delaware Corporation, GENERAL HOLDINGS, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 3:16-cv-00990-WQH-AGS<br><br>JUDGE: HON. ANDREW G. SCHOPLER<br>FILED: SEPTEMBER 11, 2017<br><br>**JOINT STIPULATION STAYING CASE** |

The parties, by and through their respective counsel, hereby stipulate and jointly move the Court pursuant to Civil Local Rule 7.2 for an Order staying this action for sixty (60) days from today's date, i.e., until November 10, 2017, and suspending all discovery and other case-related deadlines. The parties, through the continuing efforts of the mediator, have reached agreement on many of the key terms of a settlement and believe they are very close to agreeing on the remaining terms. Thus, to avoid further expenditure of valuable resources that could otherwise be directed toward settlement, the parties request a stay of all hearing dates and deadlines, including, but not limited to, discovery-related matters and class certification, in order to focus on finalizing the terms of the settlement.

In support, the parties represent the following to the Court:

1. On August 14, 2017, the Court entered an Order (Dkt. No. 71), extending the parties' class certification briefing deadlines as follows, which dates remain the operative dates in this action:

    a. Class Cert Motion: October 16, 2017

    b. Plaintiffs' Class Cert Expert Disclosures: October 16, 2017

    c. Defendants' Opposition: November 15, 2017

    d. Defendants' Class Cert Expert Disclosures: November 15, 2017

    e. Plaintiffs' Reply: November 30, 2017

2. The parties also each currently have motions pending. Plaintiffs' motion to enforce is set for hearing on September 14, 2017, and is fully briefed. Defendants' motion to compel is set for hearing September 25, 2017, with Plaintiffs' opposition due to be filed September 11, 2017, and Defendants' reply due to be filed September 18, 2017. Should the parties resume litigation in this case following the 60-day stay, Defendants will not oppose Plaintiffs' opposition to Defendants' motion to compel on the basis that it is untimely.

3. On July 19, 2017, the parties attended a joint mediation in Pittsburg, Pennsylvania with mediator Carole Katz. Although the parties were unable to reach a settlement agreement at the mediation, through the continuing efforts of the mediator, the parties have continued negotiations and reached agreement on many of the key terms of a settlement and believe they are very close to agreeing on the remaining terms.

4. In the interest of avoiding expense to the parties and conserving the Court's resources while the parties finalize the terms of the settlement, with the Court's permission, the parties agree to stay the case for sixty (60) days and to suspend all discovery and other case-related deadlines, including vacating all hearing dates and all deadlines for responsive briefs on the parties' respective pending motions. On or before November 10, 2017, the parties will either submit settlement approval papers or a joint status report advising the court how they suggest the matter should proceed.

5. Based on the foregoing, the parties request that the Court enter the accompanying Order staying this matter for sixty (60) days, i.e., until November 10, 2017, and suspending all case-related deadlines and discovery, including vacating all hearing dates and all deadlines for responsive briefs on the parties' respective pending motion to enforce and motion to compel, to be reset if the parties' settlement efforts fail.

Stipulated and respectfully submitted,

Dated: September 11, 2017 **AHDOOT & WOLFSON, PC**

By: */s/ Tina Wolfson*
Tina Wolfson
*twolfson@ahdootwolfson.com*
Robert Ahdoot
*rahdoot@ahdootwolfson.com*
Theodore W. Maya
*tmaya@ahdootwolfson.com*
Vanessa Shakib
*vshakib@ahdootwolfson.com*

*Attorneys for Plaintiffs and the Putative Classes*

Dated: September 11, 2017 **DAVIS WRIGHT TREMAINE, LLP**

By: */s/ Sean Sullivan*
Sean M. Sullivan
*seansullivan@dwt.com*
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel: (213) 633-6800; Fax: (213) 633-6899

*Attorneys for Defendants General Nutrition Centers, Inc. and GNC Holdings, Inc. (erroneously named as General Holdings, Inc.)*

- 4 -

JOINT STIPULATION STAYING CASE
(3:16-CV-00990-WQH-JLB)

## ATTESTATION OF FILER

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, the undersigned hereby attests that all parties have concurred in the filing of this motion.

*/s/ Tina Wolfson*
Tina Wolfson