1
2
3
4
5
6   UNITED STATES DISTRICT COURT
7   SOUTHERN DISTRICT OF CALIFORNIA
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| JENNA KASKORKIS and KIM CARTER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL NUTRITION CENTERS, INC., a Delaware Corporation, GENERAL HOLDINGS, INC., a Delaware Corporation,<br><br>Defendants. | Case No.  3:16-cv-00990-WQH-JLB<br><br>FILED: APRIL 22, 2016<br><br>**ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES BY SIXTY (60) DAYS** |
|---|---|

Having considered the Joint Motion of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that:

The above-captioned matter is stayed for sixty (60) days, i.e., until November 10, 2017, and all case-related deadlines and discovery deadlines are suspended. Hearing dates and all deadlines for responsive briefs on the parties' respective pending motion to enforce and motion to compel are vacated, to be reset if the parties' settlement efforts fail. On or before November 10, 2017, the parties will either submit settlement approval papers or a joint status report advising the court how they suggest the matter should proceed.

Dated: September 12, 2017

Hon. William Q. Hayes
United States District Court