UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA KASKORKIS and KIM CARTER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL NUTRITION CENTERS, INC., a Delaware Corporation; GENERAL HOLDINGS, INC., a Delaware Corporation,<br><br>Defendants. | Case No.: 16cv990-WQH-AGS<br><br>**ORDER** |

HAYES, Judge:

On August 16, 2018, Plaintiffs filed a motion requesting the Court grant Vanessa Shakib, counsel for Plaintiffs, leave to withdraw her appearance as one of the attorneys of record in this matter. Plaintiffs assert that Shakib has left the firm of Ahdoot & Wolfson, PC. Plaintiffs assert that they will continue to be represented by other attorneys at Ahdoot & Wolfson, PC. (ECF No. 98).

An attorney may not withdraw as counsel except by leave of court. *Darby v. City of Torrance*, 810 F. Supp. 275, 276 (C.D. Cal. 1992). The Court has discretion to grant or

deny an attorney's motion to withdraw in a civil case. *See, e.g.*, *Deal v. Countrywide Home Loans*, Case No. C 09-01643 SBA, 2010 WL 3702459 at *2 (N.D. Cal. Sept. 15, 2010); *Washington v. Sherwin Real Estate, Inc.*, 694 F.2d 1081, 1087 (7th Cir. 1982). Among other things, courts ruling upon motions to withdraw as counsel have considered,

> (1) the reasons counsel seeks to withdraw; (2) the possible prejudice that withdrawal may cause to other litigants; (3) the harm that withdrawal might cause to the administration of justice; and (4) the extent to which withdrawal will delay resolution of the case.

*Deal*, 2010 WL 3702459 at *2. After reviewing the record and the reason for withdrawal, the Court concludes that there is good cause to grant the motion to withdraw as counsel.

IT IS HEREBY ORDERED that the motion to withdraw Vanessa Shakib as counsel for Plaintiffs is GRANTED. (ECF No. 98).

Dated: August 21, 2018

Hon. William Q. Hayes
United States District Court