# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA KASKORKIS and KIM CARTER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL NUTRITION CENTERS, INC., a Delaware Corporation, GENERAL HOLDINGS, INC., a Delaware Corporation,<br><br>Defendants. | Case No: 3:16-cv-00990-WQH-AGS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT STIPULATION CONTINUING STAY OF CASE** |

On April 22, 2016, Plaintiffs Jenna Kaskorkis and Kim Carter initiated this action by filing a Complaint. (ECF No. 1). On June 6, 2016, the Court granted a joint motion to extend time to respond to the Complaint. (ECF No. 5). On July 18, 2016, Defendants filed an Answer to the Complaint. (ECF No. 8). On August 8, 2016, Plaintiffs filed an amended complaint. (ECF No. 10). On August 25, 2016, Defendants filed an Answer to the Amended Complaint. (ECF No. 21). The parties engaged in discovery proceedings through September 2017, during which the Magistrate Judge granted three requests to extend class certification briefing deadlines. (ECF Nos. 51, 61, 63). On September 12, 2017, the Court granted a joint motion to stay the case until November 10, 2017. (ECF No. 82). On November 13, 2017, the Court granted a joint stipulation

to stay the case. (ECF No. 88). On January 25, 2018, the Court granted a joint stipulation to stay the case. (ECF No. 90). On April 2, 2018, the Court granted a joint stipulation to stay the case. (ECF No. 93). On May 18, 2018, the Court granted a joint stipulation to stay the case. (ECF No. 95). On July 10, 2018, the Court granted a joint stipulation to stay the case. (ECF No. 97). On August 30, 2018, the Court granted a joint stipulation to stay the case. (ECF No. 101). On October 22, 2018, the parties filed a status report and joint stipulation (ECF No. 102) requesting the Court to stay the case for the eighth time. The report states, "The parties believe that they have made significant progress in reaching agreement on many settlement terms, and are currently exchanging draft settlement documents. This process is complicated by the fact that the parties are endeavoring to settle . . . . multiple cases [with] multiple plaintiffs." *Id.* at 2–3; *see also* ECF No. 100 at 2–3 ("The parties believe that they have made significant progress in reaching agreement on many settlement terms, and are currently exchanging draft settlement documents. This process is complicated by the fact that the parties are endeavoring to settle . . . . multiple cases [with] multiple plaintiffs.").

Having considered the parties' Joint Stipulation Continuing Stay of Case (ECF No. 102), the Court shall order the stipulation granted in part and denied in part. This action is stayed until November 7, 2018, including all discovery and case-related deadlines. The parties shall promptly notify the Court if they reach a settlement.

Within ten days after expiration of the stay set forth above, the parties shall submit a revised Joint Status Report proposing how this matter will proceed.

**IT IS SO ORDERED**.

Dated: October 23, 2018

Hon. William Q. Hayes
United States District Court