**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Robert Ahdoot (SBN 172098)
*rahdoot@ahdootwolfson.com*
10728 Lindbrook Drive
Los Angeles, California 90024
(310) 474-9111; Fax: (310) 474-8585

**FINKELSTEIN & KRINSK LLP**
Jeffrey R. Krinsk, Esq. (SBN 109234)
*jrk@classactionlaw.com*
Trenton R. Kashima, Esq. (SBN 291405)
*trk@classactionlaw.com*
550 West C Street, Suite 1760
San Diego, California 92101
Tel: (619) 238-1333; Fax: (619) 238-5425

*Counsel for Plaintiffs and Proposed Classes*

**DAVIS WRIGHT TREMAINE LLP**
Sean M. Sullivan (SBN 229104)
*seansullivan@dwt.com*
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel: (213) 633-6800; Fax: (213) 633 6899

**DAVIS WRIGHT TREMAINE LLP**
Zana Bugaighis (SBN 257926)
*zanabugaighis@dwt.com*
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Tel: (206) 622-3150; Fax: (206) 757-770

*Attorneys for Defendants General Centers, Inc. and GNC Holdings, Inc. (erroneously named as General Holdings, Inc.)*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA KASKORKIS and KIM CARTER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL NUTRITION CENTERS, INC., a Delaware Corporation, GENERAL HOLDINGS, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 3:16-cv-00990-WQH-AGS<br><br>JUDGE: William Q. Hayes<br><br>**JOINT STATUS REPORT**<br><br>Filed: April 22, 2016 |

Pursuant to the Court's March 4, 2019, Order (Dkt. No. 107), Plaintiffs Jenna Kaskorkis and Kim Carter ("Plaintiffs"), and Defendants General Nutrition Centers, Inc. and GNC Holdings, Inc. (erroneously named as General Holdings, Inc.) ("Defendants"), by and through their respective counsel, submit this Joint Status Report and plan for the resolution of this action, and state as follows:

1. On March 4, 2019, the Court entered an Order approving the parties' joint stipulation requesting a stay in this matter so they could continue to finalize the full settlement agreement of which they had exchanged drafts. *See* Dkt. No. 107. In that Order, the Court stayed this matter until March 28, 2019, and directed the parties to, on or before March 28, 2019, file any motions for preliminary approval, or a joint status report proposing a plan for the efficient resolution of this action. The Court also stated that it would not consider further extensions absent a substantive showing of good cause or excusable neglect.

2. Accordingly, the parties report that they have have continued to work diligently and cooperatively and have made substantial additional progress toward a settlement. In particular, the parties have reached agreement on all material points of the settlement and have a near final settlement agreement. In addition, the parties are in the process of soliciting and reviewing bids from settlement administrators for administering the settlement. The parties have held multiple telephone conferences to discuss the remaining details of the settlement and are also in the process of finalizing the forms of the class notice, claim form (which they expect to fully finalize with a notice administration expert), preliminary approval order, and final approval order.

3. The parties anticipate that as part of the settlement, they will be moving to file a consolidated amended complaint in the action pending in Western District of Pennsylvania, *Gennock v. General Nutrition Centers, Inc. and GNC Holdings, Inc.*, No. 2:16-cv-00633-MRH (W.D. Pa.), and seeking to stay this and the other

- 2 -

JOINT STATUS REPORT
(3:16-CV-00990-WQH-JLB)
4824-2120-3600v.1 0103082-000008

action pending before this court, *Harrison v. General Nutrition Centers, Inc. and GNC Holdings, Inc.*, No. 3:16-cv-03086-WQH-AGS (S.D. Cal.). The parties have agreed to dismiss this and the *Harrison* action in the event and once a Judgment finally approving the Settlement (filed in the *Gennock* action) is Final (*i.e.* past any challenges).

4. The parties expect to file the Settlement along with a Motion for Preliminary Approval of the Settlement on or before May 15, 2019.

5. In light of this progress, the parties jointly request that the Court continue the stay in this matter, and set a Status Conference after May 15, 2019, so that the Parties can update the Court on the date as to the status of the settlement proceedings in the *Gennock* action. The parties shall, on or before one week prior to the Status Conference, provide an update as to the status of the Settlement.

Respectfully submitted,

Dated: March 28, 2019　　　　　　**AHDOOT & WOLFSON, PC**

　　　　　　　　　　　　　　　　By: */s/ Robert Ahdoot*
　　　　　　　　　　　　　　　　Trenton R. Kashima
　　　　　　　　　　　　　　　*rahdoot@ahdootwolfson.com*

　　　　　　　　　　　　　　　*Attorneys for Plaintiffs and the Putative Classes*

Dated: March 28, 2019　　　　　　**DAVIS WRIGHT TREMAINE, LLP**

　　　　　　　　　　　　　　　By: */s/ Sean M. Sullivan*
　　　　　　　　　　　　　　　Sean M. Sullivan
　　　　　　　　　　　　*seansullivan@dwt.com*

　　　　　　　　　　　　　　　*Attorneys for Defendants General Nutrition Centers, Inc. and GNC Holdings, Inc. (erroneously named as General Holdings, Inc.)*

## ATTESTATION OF FILER

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, the undersigned hereby attests that all parties have concurred in the filing of this motion.

                                            */s/ Sean M. Sullivan*
                                            Sean M. Sullivan