UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA KASKORKIS and KIM CARTER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL NUTRITION CENTERS, INC., a Delaware Corporation, GENERAL HOLDINGS, INC., a Delaware Corporation,<br><br>Defendants. | Case No.  3:16-cv-00990-WQH-AGS<br><br>JUDGE: William Q. Hayes<br><br>**ORDER** |

 Pursuant to the joint request of the parties (ECF No. 110), this action is stayed until May 29, 2019.  On or before May 29, 2019, the parties shall file a status report regarding the filing of a Settlement and Motion for Preliminary Approval.

 IT IS SO ORDERED.
Dated:  May 17, 2019

            _____
            Hon. William Q. Hayes
            United States District Court