# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA KASKORKIS and KIM CARTER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL NUTRITION CENTERS, INC., a Delaware Corporation, GENERAL HOLDINGS, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 3:16-cv-00990-WQH-AGS<br><br>JUDGE: William Q. Hayes<br><br>**ORDER** |

Pursuant to the joint request of the parties (ECF No. 112), this action is stayed until June 21, 2019. On or before June 21, 2019, the parties shall file a status report regarding the filing of a Settlement and Motion for Preliminary Approval.

IT IS SO ORDERED.

Dated: May 30, 2019

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court